USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
TRINA SOLAR US, INC.,

                    Petitioner,

        -against-

JRC-SERVICES LLC and JASMIN SOLAR PTY LTD.,

                    Respondents.
------------------------------------------------------------- X

16-CV-2869 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Court of Appeals for the Second Circuit has issued a mandate remanding the case to this Court with instructions to "enter an amended judgment dismissing the case as to Jasmin," Dkt. 37;

      IT IS HEREBY ORDERED that the Clerk of Court shall enter an amended judgment dismissing the case as to Jasmin Solar Pty Ltd.

**SO ORDERED.**

**Date: May 15, 2020**
**New York, New York**

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**