**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRINA SOLAR US, INC.,

                Petitioner,                  16 **CIVIL** 2869 (VEC)

      -against-                 **AMENDED JUDGMENT**

JRC-SERVICES LLC and JASMIN SOLAR
PTY LTD.,

                Respondents.
-------------------------------------------------------------X

      On remand from the Court of Appeals for the Second Circuit with instructions to "enter an amended judgment dismissing the case as to Jasmin", it is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 20, 2017, and Order dated May 15, 2020, Respondent JRC-Services motion to vacate the arbitration award is denied and the arbitration award is confirmed as to it, and the case is dismissed as to Jasmin Solar Pty Ltd.; accordingly, the case is closed.

**Dated**: New York, New York
         May 19, 2020

                                                      RUBY J. KRAJICK
                                                      _____
                                                          **Clerk of Court**
                                            BY:
                                                       _____
                                                          **Deputy Clerk**